AMERICAN ELECTRICAL NOVELTY CO. v. NEWGOLD et al.

(Circuit Court, S. D. New York. January 13, 1900.)

PATENTS—SUIT FOR INFRINGEMENT—PRELIMINARY INJUNCTION.

A decision sustaining a patent in a case not contested is not such an adjudication as will entitle the complainant in a different suit to a preliminary injunction against infringement, where there is no proof of long acquiescence, and the validity of the patent is contested.

This is a suit in equity for infringement of a patent. On motion for preliminary injunction.

Thomas Ewing, Jr., for the motion.

Arthur v. Briesen, opposed.

LACOMBE, Circuit Judge. The decision of Judge Wheeler (98 Fed. 895), being rendered in a case where there was no opposition, is not such an adjudication as will entitle complainant to a preliminary injunction in another suit, where there is no proof of long-continued public acquiescence, and where the validity of the patents, if construed broadly enough to cover defendant's device, is vigorously contested. Motion denied.